**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Javier Antonie GRADANDOS, also known as Javi, also known as Javier Antonie Granados, Defendant-Appellant**

**No. 15-41019**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed March 24, 2017

Ernest Gonzalez, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Plano, TX, for Plaintiff-Appellee

Javier Antonie Gradandos, Pro Se

Before JOLLY, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Javier Antonie Gradandos has moved for

determined that this opinion should not be

leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gradandos has not filed a response. We have reviewed counsel's brief and supplemental letter, along with the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

The record reflects a clerical error in the written judgment. Although the judgment refers to the offense of conviction as conspiracy to possess with intent to *manu-*

*facture* and distribute methamphetamine, the body of the indictment and signed factual basis reflect that Gradandos pleaded guilty to conspiracy to possess with intent to distribute methamphetamine. Accordingly, we REMAND for the limited purpose of correction of the clerical error in the written judgment in accordance with Federal Rule of Criminal Procedure 36. *See United States v. Higgins*, 739 F.3d 733, 739 n.16 (5th Cir. 2014); *United States v. Rosales*, 448 Fed.Appx. 466, 466-67 (5th Cir. 2011).

---

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.